**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Torres Pena, | ) CV 04-2529 PHX NVW (VAM) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Maricopa County Board of Supervisors, et al., | ) |
| Defendants. | ) |

Pursuant to this court's order of August 25, 2005 (doc. #7), and plaintiff having failed to show good cause why this action should not be dismissed pursuant to Rule 41(b), Fed. R. Civ. P., for failure to prosecute and follow court orders,

IT IS ORDERED dismissing this case without prejudice. The clerk is directed to terminate this case.

DATED this 26th day of October, 2005.

_____
Neil V. Wake
United States District Judge